Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com

*Attorneys for Defendant,
Allstate Fire and Casualty Insurance
Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TANYA TEODORO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DOES I-V and ROES VI-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-2135-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S' COMPLAINT**<br><br>(First Request) |

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") has requested, and Plaintiff Tanya Teodoro has agreed, that Allstate has up to and including September 15, 2017 to respond to Plaintiff's Complaint, to provide time for investigation and evaluation of claims.

*[Continued on following page.]*

DMWEST #16872597 v1

Allstate's response to the Complaint currently is due on August 16, 2017. This is the first request for such an extension from the Court, and it is made in good faith and not for purposes of delay.

Dated: August 14, 2017

| BALLARD SPAHR LLP | JESSE SBAIH & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Abran Vigil<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Allstate Fire and Casualty Insurance Company* | By: /s/ Jesse Sbaih<br>Jesse M. Sbaih<br>Nevada Bar No. 7898<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>(702) 896-2529<br>jsbaih@sbaihlaw.com<br><br>*Attorneys for Plaintiff<br>Tanya Teodoro* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2017

DMWEST #16872597 v1