JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax    (702) 896-0529
jsbaih@sbaihlaw.com
iolevic@sbaihlaw.com

*Attorneys for Plaintiff, individually,
and on behalf others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TANYA TEODORO, individually, and on behalf others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and DOES I – V and ROES VI – X, inclusive;<br><br>Defendants. | Case No. 2:17-cv-02135-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO (1) DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT, AND (2) ALTERNATIVE MOTION TO DISMISS OR STRIKE CLASS ACTION ALLEGATIONS AND MEMORANDUM IN SUPPORT**<br><br>**(SECOND REQUEST)** |
|---|---|

IT IS HEREBY STIPULATED, by and between Plaintiff Tanya Teodoro ("Plaintiff") and Defendant Allstate Fire and Casualty Insurance Company ("Defendant"), through their respective counsel that Defendant filed its (1) Defendant's Motion to Dismiss and Memorandum in Support (DKT 11), and (2) Alternative Motion to Dismiss or Strike Class Action Allegations and Memorandum in Support (DKT 13) (collectively "Defendants' Motions") on September 15, 2017.

It is stipulated and agreed by and between Plaintiff and Defendant to extend the deadline for Plaintiff to file responses to Defendants' Motions from October 13, 2017 as stipulated in the First Request (September 29, 2017 was the original deadline) to October 27, 2017.

Such request is made in good faith as Plaintiff's counsel is scheduled to appear in a trial on October 13, 2017 and was required to respond to unanticipated briefings and hearings in preparation for said trial. Consequently, Plaintiff's counsel needs additional time to adequately respond to Defendants' Motions.

It is further stipulated and agreed that Defendants' Reply to Plaintiff's Response to Defendants' Motions will be due by November 17, 2017.

The foregoing request for extension of deadlines is made in good faith and is not made for the purpose of delay.

RESPECTFULLY SUBMITTED this  12th  day of October, 2017.

| BALLARD SPAHR LLP | JESSE SBAIH & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Abran E. Vigil, Esq.*  <br>Abran E. Vigil, Esq.<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>*Attorneys for Defendant* | By: */s/ Ines Olevic-Saleh, Esq.*  <br>Jesse M. Sbaih, Esq.<br>Ines Olevic-Saleh, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 12, 2017.