Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com

Mark L. Hanover
Dentons US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-3145
E-mail: Mark.hanover@dentons.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant,*
*Allstate Fire and Casualty Insurance*
*Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TANYA TEODORO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DOES I-V and ROES VI-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02135-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

Tanya Teodoro ("Plaintiff") and Defendant Allstate Fire and Casualty Insurance

Company ("Allstate") stipulate to dismiss with prejudice Plaintiff's claims against

Allstate.

/ / /

/ / /

/ / /

Each party will bear her/its own costs, disbursements and attorney's fees.

Dated: May 16, 2018

| | |
|---|---|
| BALLARD SPAHR LLP | JESSE SBAIH & ASSOCIATES, LTD. |
| By: /s/ Abran Vigil | By: /s/ Jesse Sbaih |
| Abran E. Vigil | Jesse M. Sbaih |
| Nevada Bar No. 7548 | Nevada Bar No. 7898 |
| 1980 Festival Plaza Drive, Suite 900 | 170 South Green Valley Parkway |
| Las Vegas, Nevada 89135 | Suite 280 |
| | Henderson, Nevada 89012 |
| *Attorneys for Defendant Allstate Fire* | (702) 896-2529 |
| *and Casualty Insurance Company* | jsbaih@sbaihlaw.com |

*Attorneys for Plaintiff*
*Tanya Teodoro*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: May 17, 2018.

DMWEST #17757912 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070